**No. 43827.**—Protest 16785–K of Maynard & Child, Inc. (New York).

Opinion by EVANS, J. The record failed to disclose anything which would warrant disturbing the finding of the collector. The protest was therefore overruled.

**No. 43828.**—Protests 784661–G, etc., of Allen Forwarding Co. et al. (Philadelphia).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43829.**—Protests 967257–G, etc., of T. Fukushima et al. (Philadelphia).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43830.**—Protests 808083–G, etc., of Cox & Fahner (New York).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43831.**—Protests 810738–G, etc., of Corn Products Refining Co. (New York)

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43832.**—Protests 810742–G, etc., of Durkee Famous Foods, Inc. (New York).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43833.**—Protests 793152–G, etc., of Seagram Distillers Corp. (Detroit, etc.).

Opinion by EVANS, J. On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43834.**—Protests 975809–G, etc., of Best Foods, Inc., et al. (San Francisco, etc.).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43835.**—Petition 5992–R of Wah Lee Co. (Detroit).

Opinion by EVANS, J. The record showed that complete good faith was exercised in the making of the entry. The petition was therefore granted.